IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SONJA PRITCHETT,                )
                                )
    Plaintiff,                  )
                                )  CIVIL ACTION NO.
    v.                          )     2:04cv554-T
                                )        (WO)
THE YOUNG MEN'S CHRISTIAN       )
ASSOCIATION OF MONTGOMERY,      )
INC.,                           )
                                )
    Defendant.                  )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 22), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 28th day of June, 2005.**


   **  /s/ Myron H. Thompson  
   UNITED STATES DISTRICT JUDGE**